FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 SEP -3 PM 4: 21

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Ginger V. Scholz _____, Plaintiff

v.

St. Francis of Assisi Roman Catholic Church _____,

Diocese of Colorado Springs _____,

Father Bradford J. Noonan, VF, Pastor _____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Ginger V. Scholz, 1405 Private Road 104, Elbert, CO  80106
(Name and complete mailing address)

650.521.6067/ginger@scholzes.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   St. Francis of Assisi Roman Catholic Church, 2746 Fifth Street, Castle Rock, CO 80̶ 80104
(Name and complete mailing address)

303.688.3025
(Telephone number and e-mail address if known)

Defendant 2:   Diocese of Colorado Springs, 228 N. Cascade Avenue, Colorado Springs, CO 80903
(Name and complete mailing address)

719.866.6476
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

X___   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

X___   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

X___   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

X___   Other: (*please specify*) Failure to provide harassment free/hostile work environment

## B. DEFENDANT(S) INFORMATION:

Defendant 3:  Fr. Bradford J. Noonan, VF, Pastor, 228 N. Cascade Avenue, Colorado Springs, CO  80903
(As of July 2020 Pastor at Our Lady of the Pines Catholic Community, 11020 Teachout Road, Black Forest,
CO  80908).

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Harassed to work on scheduled & company days off

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                    _____ different terms and conditions of employment

_____ failure to promote              _____ failure to accommodate disability

_____ termination of employment    _____ retaliation

__X__ other: (*please specify*) Failure to provide harassment free/hostile work environment

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race          _____ religion          _____ national origin          __X__ age

_____ color          __X__ sex              _____ disability

Supporting facts:

As a female employee over the age of 50 I was expected to work, a few examples, Christmas Eve, Dec. 24, 2019, Christmas Day, Dec. 25, 2019, and Dec. 26, 2019; I was the only employee to receive a phone call on these days to come to work. I was told by Fr. Noonan that my out of town family plans on Christmas Day could not happen & I should never make any plans with family/personal until after Christmas is over. I had placed ~~in~~ for time advance (DTO forms which Fr. Noonan approved Dec. 11, 2019). I had already worked Christmas Eve and took the donations to the bank. But on Christmas Day he and ~~Dear~~ Deacon Tom decided to change everything and wanted the donations picked up on Dec. 26, 2019 & returned to the Church. My family plans were destroyed and my daughter cried as we did not go to my sister's for Christmas Day as originally planned back on Dec. 11, 20¹ This continuously occured for me to work on days when other staff had the day off with I was an exempt employee therefore taken advantage of during days off when other staff was not required to be in the office; Jan. 1, 2019, MLK, worked, Feb. 18, 2019, President Day, worked; Apr.19, 2019, worked Good Friday, few examples. For the hostile work setting, was yelled at in front of staff/volunteers for no reason Feb. 25, 2019, April 5, 201⁹ was almost a daily occurence. I performed my job duties as long as I could in this non-professional work setting. Fr. Noonan constantly made the work environment painful.
I have witnesses that will                    3
attest to these situations of humiliation expressed towards me exclusively.

*[handwritten margin notes: "should in advance worked"; "Company schedule staff"]*

CLAIM TWO:  Failure to provide equal & quality time away from work to care for my disabled child

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                    _____ different terms and conditions of employment

_____ failure to promote            __X__ failure to accommodate disability

_____ termination of employment    _____ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race             _____ religion        _____ national origin        _____ age

_____ color            _____ sex              __X__ disability

Supporting facts:

On April 27, 2020, I was was told by Fr. Noonan to me only, nobody else in the office had a child with a disability, that he was unsure if I could perform my job because I had a child.  He did not respect my time away from the office as a mother of a diabled child. No employer should be allowed legally a parent of a disabled child this degrading remark.  It exhibits a total a lack of care and empathy for me as an employee.  In all my 25 years of professional emp *employment* have I ever been so let down to hear these words from my immediated supervisor, "I need *Noonan* evaluate if you can perform your job because you have a child."  I had been told by Fr. No two other previous occasions but with this statement I went back to my office and prepared my letter of resignation.  By not allowing my quality time away from work, company holidays and advanced time off requested  this I feel was a very hurtful type of discrimination that did flow down and affect my daughter in a negative way.  Time off requested Jan. 31, 2020 Dec. 24, 25, & 26, 2019 had to work. Jan. 11-17, 2020, had to work; all company holidays and all advanced employee time-off requests.  All changed after the fact by Fr. Noonan.

| Click Here for Additional Claim |

There's more but you can review EEOC Form

4

## E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (*You must attach a copy of the administrative charge to this complaint*)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

☐ No

## F.   REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Request

## G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

September 2, 2021
_____
(Date)

(Revised December 2017)

5

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2020-02817 |

**COLORADO CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MRS. GINGER V SCHOLZ** | **(650) 521-6067** | **1969** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1405 PRIVATE ROAD 104, ELBERT,CO 80106** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **ST. FRANCIS OF ASSISI CATHOLIC CHURCH, DIOCESE OF CO SPRINGS** | **15 - 100** | **(719) 866-6476** |

| Street Address | City, State and ZIP Code |
|---|---|
| **228 N CASCADE AVENUE, COLORADO SPRINGS, CO 80903** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-09-2019**   Latest **05-11-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ginger Scholz on 11-10-2020 06:31 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2020-02817 |

**COLORADO CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

I was hired on January 9, 2019 and most recently performed the duties of business manager. During my employment, I performed my duties satisfactorily and had 5 or fewer counselings. Nevertheless, on scheduled vacation days and holidays, I was informed I had to work even though I had put in a vacation request or the holiday was listed as a company approved day off. My job description did not state I was mandated to work on holidays. I brought my disabled daughter with me to my job many times because work needed me to come in when I had the day off. During my employment, I was screamed at and told that if I go to the bank by myself, I would be fired.'

I was expected to work on Christmas day, December 25, 2019.

On January 9, 2020, although my performance review met the criteria to receive a raise, I did not receive a raise.

In January 2020, I brought in a former CFO to help me with the accounting books and I got yelled at in front of entire office.

On January 30, 2020, I met the criteria for a transfer and I called HR to discuss transfer or possible moving on to another position at another church in the Diocese as things were very toxic. She advised of an open position of Business Manager at St. Patrick's Church in Colorado Springs, I advised her it was too far of a commute for me as it was over an hour drive. There were no positions available near me at this time so I could not leave.

In February 2020, I was written up or not getting all data entry done, this was for another's position that was terminated and it was expected of me to perform this other employee's job as well.

On February 21, 2020, I was written up for excusing myself at 8:00 PM after the finance council meeting of official business had ended because I needed to get home and help put my child to bed on a school night.

On February 25, 2020, I made appointment to meet with Monsignors to discuss my situation with the hostile environment at St. Francis. He told me the Friar was in anger management and that rotation was coming up soon. Nothing was done, everything stayed the same.

On April 27, 2020, employee conference, part of the conversation was about my time off requests for my disabled daughter. Subsequently, I resigned.

I believe I have been discriminated against because of my sex (female), my race (bi-racial), my national origin (Hispanic) in violation of Title VII of the Civil Rights Act of 1964, as amended. Furthermore, I believe I have been discriminated against because of my age (50) and retaliated against for opposing discrimination in the workplace in violation of the Age

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ginger Scholz on 11-10-2020 06:31 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **541-2020-02817** |

COLORADO CIVIL RIGHTS DIVISION _____ and EEOC

*State or local Agency, if any*

Discrimination in Employment Act of 1967, as amended. Finally, I have a disability and/or disabilities, as defined within the meaning of the Americans with Disabilities Act of 1990, as amended (ADA), and I have been subjected to discrimination because of a disability, record of a disability, and/or regarded as disabled, denied a reasonable accommodation, and/or retaliated against for taking part in a protected activity in violation of the ADA.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ginger Scholz on 11-10-2020 06:31 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |



**U.S. Equal Employment Opportunity Commission**
**Denver Field Office**

950 17th Street
Suite 300
Denver, CO 80202
(720) 779-3610
TTY (303) 866-1950
FAX (303) 866-1085

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Ginger V Scholz
1405 Private Road 104
Elbert, CO  80106

RE:   EEOC Charge No.:   541-2020-02817
      Charging Party:    Ginger V Scholz
      Respondent:        St Francis of Assisi Catholic Church, Diocese of Co. Springs

Dear Ms. Scholz:

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon.  Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal.  For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful.  If you have questions, please contact Investigator Todd Chavez by telephone at (720) 779-3646 or email at todd.chavez@eeoc.gov

3047

Sincerely,

Christopher D Padilla, Supervisory Investigator        June 07, 2021

_____        _____
Name/Title                                             Date Mailed

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Ginger V. Scholz**
     **1405 Private Road 104**
     **Elbert, CO 80106**

From:  **Denver Field Office**
       **950 17th Street**
       **Suite 300**
       **Denver, CO 80202**

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **541-2020-02817** | **Christopher D. Padilla, Supervisory Investigator** | **(720) 779-3610** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*T.Chavez*

May 14, 2021

Enclosures(s)

**for Amy Burkholder, Director**

*(Date Issued)*

cc:  **Mark Hatch**
     **Human Resources**
     **ST. FRANCIS OF ASSISI CATHOLIC CHURCH**
     **228 N Cascade Avenue**
     **Colorado Springs, CO 80903**

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

## PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):**   The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**<u>If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.</u>**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

- ➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- ➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ➤ **Only one** major life activity need be substantially limited.
- ➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- ➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
- ➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

- ➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- ➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- ➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note:   Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment.  Beyond the initial pleading stage, some courts will require specific evidence to establish disability.*  For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.